IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

NAN VOLLETTE, et al. :
:
Plaintiffs, :
:
v. : CIVIL ACTION NO. 2:12cv231
:
BILL WATSON, et al. :
:
Defendants. :

## DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR SUMMARY JUDGMENT

Defendants, Bill Watson, Elizabeth Baker, William Sugg, Jack Benzie, Yolanda Natividad, Candace Mabry, and Mack Keese, by counsel, hereby move for leave to supplement their Motion for Summary Judgment. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

BILL WATSON
ELIZABETH BAKER
WILLIAM SUGG
JACK BENZIE
YOLANDA NATIVIDAD
CANDACE MABRY
MACK KEESE

/s/ Jeff W. Rosen
Of Counsel

Jeff W. Rosen, Esquire
Virginia Bar # 22689
*Counsel for Defendants*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia 23462
(757) 490-6253
(757) 497-1914
jrosen@pendercoward.com

Lisa Ehrich, Esquire
Virginia Bar # 32205
*Counsel for Defendants*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia 23462
(757) 490-6253
(757) 497-1914
lehrich@pendercoward.com

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of November, 2012, I electronically filed the foregoing *DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR SUMMARY JUDGMENT* with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>David P. Morgan, Esq. (VSB #70211)
>Cooperating Attorney for the ACLU of Virginia
>Cravens & Noll, P.C.
>9011 Arboretum Parkway; Suite 200
>Richmond, VA 23236
>(804) 330-9220
>(804) 330-9458 (Facsimile)
>dmorgan@cravensnoll.com
>*Counsel for plaintiff*
>
>Rebecca K. Glenberg, Esq. (VSB #44099)
>Thomas O. Fitzpatrick, Esq. (VSB #80364)
>American Civil Liberties Union of
>Virginia Foundation, Inc.
>530 E. Main Street, Suite 310
>Richmond, VA 23219
>(804) 644-8080/(804) 649-2733 (Facsimile)
>rglenberg@aclusva.org
>tfitzpatrick@acluva.org
>*Counsel for plaintiff*

/s/ Jeff W. Rosen
Jeff W. Rosen
Va. Bar Number 22689
Pender & Coward, P.C.
*Counsel for Defendants*
222 Central Park Avenue
Virginia Beach, VA 23462
(757) 490-3000
(757) 502-7351
jrosen@pendercoward.com