IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

NAN VOLLETTE, et al.           :
                                           :
            Plaintiffs,   :
                                           :
v.                             :   CIVIL ACTION NO. 2:12cv231
                                           :
BILL WATSON, et al.            :
                                           :
            Defendants.   :

## REQUEST FOR HEARING

Defendants, by counsel, hereby request that the Court set for hearing their Motion for Leave to Supplement Motion For Summary Judgment.

                                                        BILL WATSON
                                                        ELIZABETH BAKER
                                                        WILLIAM SUGG
                                                        JACK BENZIE
                                                        YOLANDA NATIVIDAD
                                                        CANDACE MABRY
                                                        MACK KEESE

                                                        _____/s/ Jeff W. Rosen_____
                                                                Of Counsel

Jeff W. Rosen, Esquire
Virginia Bar # 22689
*Counsel for Defendants*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia  23462
(757) 490-6253
(757) 497-1914
jrosen@pendercoward.com

Lisa Ehrich, Esquire
Virginia Bar # 32205
*Counsel for Defendants*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia 23462
(757) 490-6253
(757) 497-1914
lehrich@pendercoward.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9 day of November, 2012, I electronically filed the foregoing **Request for Hearing** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>David P. Morgan, Esq. (VSB #70211)
>Cooperating Attorney for the ACLU of Virginia
>Cravens & Noll, P.C.
>9011 Arboretum Parkway
>Suite 200
>Richmond, VA 23236
>(804) 330-9220
>(804) 330-9458 (Facsimile)
>dmorgan@cravensnoll.com
>*Counsel for plaintiff*

>Rebecca K. Glenberg, Esq. (VSB #44099)
>Thomas O. Fitzpatrick, Esq. (VSB #80364)
>American Civil Liberties Union of
>Virginia Foundation, Inc.
>530 E. Main Street, Suite 310
>Richmond, VA 23219
>(804) 644-8080
>(804) 649-2733 (Facsimile)
>rglenberg@aclusva.org
>tfitzpatrick@acluva.org
>*Counsel for plaintiff*

/s/ Jeff W. Rosen
Jeff W. Rosen
Va. Bar Number 22689
Pender & Coward, P.C.
*Counsel for Defendants*
222 Central Park Avenue
Virginia Beach, VA 23462
(757) 490-3000
(757) 502-7351
jrosen@pendercoward.com

P:\DOCS\06750\52627\FM5924.DOC