IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

NAN VOLLETTE, et al.        :
                            :
            Plaintiffs,     :
                            :
v.                          :   CIVIL ACTION NO. 2:12cv231
                            :
BILL WATSON, et al.         :
                            :
            Defendants.     :

**NOTICE OF HEARING RE DEFENDANTS' MOTION TO COMPEL**

PLEASE TAKE NOTICE that defendants, Bill Watson, Elizabeth Baker, William Sugg, Jack Benzie, Yolanda Natividad, Candace Mabry and Mack Keese, by counsel, will bring on for hearing before the Honorable Tommy E. Miller their Motion to Compel (Dkt. 55) in this Court on Wednesday, March 27, 2013 at 10:00 a.m. or at such other times as the Court may determine. plaintiff's Motion to Compel Discovery.

                                              BILL WATSON
                                              ELIZABETH BAKER
                                              WILLIAM SUGG
                                              JACK BENZIE
                                              YOLANDA NATIVIDAD
                                              CANDACE MABRY
                                              MACK KEESE

                                                    /s/ Jeff W. Rosen
                                                        Of Counsel

Jeff W. Rosen, Esquire
Virginia Bar # 22689
*Counsel for Defendants*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia  23462
(757) 490-6253
(757) 497-1914
jrosen@pendercoward.com

Lisa Ehrich, Esquire
Virginia Bar # 32205
*Counsel for Defendants*
Pender & Coward
222 Central Park Avenue
Virginia Beach, Virginia 23462
(757) 490-6253
(757) 497-1914
lehrich@pendercoward.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 13th day of March, 2013, I electronically filed the foregoing *Notice of Hearing Re Defendants' Motion to Compel* with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    David P. Morgan, Esq. (VSB #70211)
    Cooperating Attorney for the ACLU of Virginia
    Cravens & Noll, P.C.
    9011 Arboretum Parkway
    Suite 200
    Richmond, VA 23236
    (804) 330-9220
    (804) 330-9458 (Facsimile)
    dmorgan@cravensnoll.com
    *Counsel for plaintiff*

    Rebecca K. Glenberg, Esq. (VSB #44099)
    Thomas O. Fitzpatrick, Esq. (VSB #80364)
    American Civil Liberties Union of
    Virginia Foundation, Inc.
    530 E. Main Street, Suite 310
    Richmond, VA 23219
    (804) 644-8080
    (804) 649-2733 (Facsimile)
    rglenberg@aclusva.org
    tfitzpatrick@acluva.org
    *Counsel for plaintiff*

_____/s/_____
Jeff W. Rosen
Va. Bar Number 22689
Pender & Coward, P.C.
*Counsel for Defendants*
222 Central Park Avenue
Virginia Beach, VA 23462
(757) 490-3000
(757) 502-7351
jrosen@pendercoward.com