**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**



**NAN VOLLETTE, et al.**

    **Plaintiffs,**

    v.                                         CASE NUMBER:  2:12cv231

**BILL WATSON, et. Al.**

    **Defendants.**

### JUDGMENT IN A CIVIL CASE

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came for determination before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiffs, Nan Vollette, Angelene Cannon-Coleman, Barbara Stokley, Yolanda Vines, Marilyn Scott, HaShena Hockaday, Verita Braswell, Donnetta Austin and Emma Lee Floyd-Sharp take nothing, that the action be dismissed on the merits, and that the defendants, Bill Watson, Elizabeth Baker and Candace Mabry recover of the plaintiffs its costs of action.

Date: __April 24, 2013__                             FERNANDO GALINDO, CLERK

                                                                            By:_____/s/_____
                                                                                Valerie A. Ward
                                                                                Deputy Clerk

Form of Judgment approved in accordance
with Rule 58, FRCP, April __25__, 2013

_____/s/_____
Mark S. Davis
United States District Judge